**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| -v.- | : | 08 Cr. _____ (____) |
| MELVIN DUARTE, | | |
| Defendant. | | **08 CRIM 629** |

- - - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1. On or about July 7, 2008, in the Southern District of New York, MELVIN DUARTE, the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment for a term of imprisonment of five years or more, to wit, conspiracy to steal or receive stolen mail matter, in violation of Title 18, United States Code, Section 371, unlawfully, willfully, and knowingly did fail to appear before the Court for a preliminary hearing as required by the conditions of his release.

(Title 18, United States Code,
Sections 3146(a)(1) and (b)(1)(A)(ii).)

_____        _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MELVIN DUARTE,

Defendant.

INDICTMENT

08 Cr. _____ (_____)

(Title 18, United States Code,
Sections 3146(a)(1) and (b)(1)(A)(ii).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*Post-It 11/1/08 —*

*7/9/08 — Fld. Indictment, case assigned to Judge Kaplan. A/W Issued. So Ordered. Eaton, J. U.S.M.J.*