UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOTICE OF MOTION FOR FORFEITURE OF BOND |
| -v.- | : | AND JUDGMENT |
| MELVIN DUARTE, | : | 08 Cr. 629 (LAK) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that, upon the annexed Affirmation of Assistant United States Attorney Daniel W. Levy, sworn to on July 16, 2008, and upon all papers and prior proceedings herein, the United States of America will move before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at such time as the Court shall direct, for an order, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure: (a) declaring forfeited a $100,000 personal recognizance bond; (b) declaring forfeited $10,000 cash posted as security on the $100,000 personal recognizance bail in partial satisfaction of the bond; (c) entering a default judgment in the amount of $90,000 in favor of the United States of America against Melvin Duarte; and (d) entering a judgment in the amount

of $90,000 in favor of the United States of America and against Melvin Duarte, Yudelka Romano, and Marisol Alvarado, jointly and severally.

Dated:   New York, New York
         July 16, 2004

                                      MICHAEL J. GARCIA
                                      United States Attorney

                              By: _____
                                  Daniel W. Levy
                                  Assistant United States Attorney
                                  Telephone: (212) 637-1062

To:  Peggy M. Cross, Esq.
     Federal Defenders of New York, Inc.
     52 Duane Street, 10th Floor
     New York, New York  10007

       Counsel for Defendant Melvin Duarte

     Clerk of the Court
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York  10007-1312

       Agent for Service of Process for
       Sureties Yudelka Romano and Marisol Alvarado
       Pursuant to Rule 46(f)(3)(B) of the Federal
       Rules of Criminal Procedure

     Yudelka Romano
     2070 Creston Avenue, Apt. 23
     Bronx, New York  10453

       Surety

     Marisol Alvarado
     946 Bronx Park South, Apt. 1B
     Bronx, New York  10460

       Surety