```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    ORDER AND JUDGMENT

            -v.-                 :    08 Cr. 629 (LAK)

MELVIN DUARTE,                   :

            Defendant.           :
- - - - - - - - - - - - - - - - -x
```

This cause having come on to be heard on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, by Daniel W. Levy, Assistant United States Attorney,

IT IS ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

(a)  the $100,000 personal recognizance bond executed by Melvin Duarte ("Duarte"), Yudelka Romano ("Romano"), and Marisol Alvarado ("Alvarado") be and hereby is FORFEITED;

(b)  $10,000 cash posted as security on the $100,000 personal recognizance bond be and hereby is FORFEITED immediately to the United States of America and in partial satisfaction; and

(c)  default judgment in the amount of $90,000 in favor of the United States of America against Duarte be and hereby is ENTERED and the United States of America shall have execution therefor; and

      (d)   judgment in the amount of $90,000 in favor of the United States of America and against Duarte, Romano, and Alvarado, jointly and severally, be and hereby is ENTERED and the United States of America shall have execution therefor.

Dated:    New York, New York
            _____, 2008

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT ENTERED:


_____
J. MICHAEL McMAHON
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK