## CERTIFICATE OF SERVICE

I, Robert Fraterrigo, affirm under penalty of perjury that:

1. I am Special Agent with the United States Postal Service, Office of Inspector General.

2. On July 17, 2008, I personally served the Government's NOTICE OF MOTION and AFFIRMATION, together with the exhibits attached thereto and the Government's proposed Order, upon:

> Yudelka Romano
>
> Surety
>
> Marisol Alvarado
>
> Surety

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2008, at New York, New York.

_____
Robert Fraterrigo
Special Agent
United States Postal Service
Office of Inspector General